**<u>EXHIBIT 1:</u>** PHOTOGRAPH #1



**<u>EXHIBIT 1:</u>** PHOTOGRAPH #2



**<u>EXHIBIT 1:</u>** PHOTOGRAPH #3



**<u>EXHIBIT 1:</u>** PHOTOGRAPH #4

